UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DONOVAN HOWARD PAYEUR,

      Petitioner,

                                      Case No. 2:19-cv-187

v.

                                       HONORABLE PAUL L. MALONEY

CONNIE HORTON,

      Respondent.

_____/

**JUDGMENT**

    In accordance with the Order entered this date:

    **IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  April 30, 2021                       /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge